# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| BRIAN BALLINGER,<br>JENNIFER BALLINGER,<br><br>Plaintiffs<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br>US BANCORP, US BANK NATIONAL<br>ASSOCIATION, CITIGROUP INC., CITIGROUP<br>GLOBAL MARKETS INC., CITIGROUP MORTGAGE<br>LOAN TRUST INC. 2006-WFHE4, MERSCORP<br>HOLDINGS, INC., MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS INC., PATRICE KING,<br>BHAVDIP CHAUHAN,<br><br>Defendants<br><br>WELLS FARGO BANK, N.A.,<br>US BANK NATIONAL ASSOCIATION,<br><br>Counter-Plaintiffs/Cross-Plaintiffs/Third-Party Plaintiffs<br><br>v.<br><br>BRIAN BALLINGER,<br>JENNIFER BALLINGER,<br><br>Counter-Defendants<br><br>MORTGAGE ELECTRONIC REGISTRATION<br>SYSTEMS INC.,<br><br>Cross-Defendant<br><br>JOHN H. ALLEN COMPANY, LLC,<br><br>Third-Party Defendant. | No. 1:13-cv-1271-JDB/egb |

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Consent Order Quieting Title and Dismissal of Plaintiffs' Claims with Prejudice entered in the above-styled matter on 3/25/2014 and the Order of Dismissal with Prejudice of Count II of the Counterclaim of Wells Fargo and U. S. Bank entered on 8/18/2014, there are no remaining claims in this case to adjudicate and this case is hereby closed.

**APPROVED:**

                                                **s/J. Daniel Breen**
                                                **Chief United States District Judge**

**THOMAS M. GOULD**
**CLERK**

**BY: s/ Evelyn Cheairs**
**DEPUTY CLERK**